IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KIZZY R. SCOTT                                                                    PLAINTIFF

V.                                          NO. 12-3037

MICHAEL J. ASTRUE,[1]
Commissioner of the Social Security Administration                DEFENDANT


## J U D G M E N T

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the

decision of the ALJ and dismisses Plaintiff's complaint with prejudice.  **The parties have sixty**

**days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 20th day of June, 2013.


*/s/ Erin L. Setser*
_____
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

_____

[1]Carolyn Colvin became the Acting Social Security Commissioner on February 14, 2013.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn Colvin has been substituted for Commissioner  Michael J. Astrue as the defendant in this suit.

AO72A
(Rev. 8/82)